University of Houston
Law Center
100 Law Center
Houston, Texas 77204-6060

**David R. Dow**
Cullen Professor
Phone: 713.743.2171
Facsimile: 713.743.2131
Assistant: 713.743.2072 (April Simmons)
Email: ddow@uh.edu
Web: www.davidrdow.com

July 12, 2013

Mr. Lyle W. Cayce, Clerk
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130-3408

Re: No. 11-40572, *Jerry Hartfield v. William Stephens, Director*

Undersigned counsel files this response pursuant to the Court's directive dated July 8, 2013 asking all counsel to submit their opinions as to how to proceed with this appeal in light of the Texas Court of Criminal Appeals opinion.

On June 12, 2013, the Texas Court of Criminal Appeals answered the question certified to it by the Fifth Circuit Court of Appeals. According to the court, Mr. Hartfield is under no conviction or sentence.

The court further held that Mr. Hartfield has not exhausted state court remedies. Days after the Court of Criminal Appeals issued its answer, Mr. Hartfield initiated proceedings in the state trial court in an attempt to exhaust his speedy trial claim. Because the resolution of the proceedings in state court remains uncertain, it is the wisest choice in the interest of judicial economy for this Court to stay and abate and retain jurisdiction until state court proceedings are complete.

Respectfully,

s/ David R. Dow

______________________________
David R. Dow

**CERTIFICATE OF SERVICE**

On Friday, July 12, 2013, I electronically filed the foregoing document with the Clerk of the Court for the Fifth Circuit Court of Appeals unsing the electronic case filing system of the Court. A "Notice of Docket Activity" was sent to Mr. James Patrick Sullivan and Mr. Joseph Peter Corcoran, counsel for Director Stephens.

s/ David R. Dow

______________________________
David R. Dow